AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-00291-01-CR-W-HFS |
| Henry N. Asomani | ) | |
| Defendant | ) | |

**FILED OCT 26 2018 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Henry N. Asomani,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: Conspiracy to Commit Wire Fraud, 18 U.S.C. §§ 1343 & 1349
COUNTS TWO & THREE: Wire Fraud, 18 U.S.C. §§ 1343 & 2
COUNT FOUR: Money Laundering Conspiracy, 18 U.S.C. § 1956(h)
COUNT FIVE and SIX: Money Laundering, 18 U.S.C. §§ 1957 & 2

Date: 10/23/2018

*Issuing officer's signature*

City and state: Kansas City, MO

Honorable John T. Maughmer, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/25/18, and the person was arrested on *(date)* 10/26/18
at *(city and state)* Dumfries, VA.

Date: 10-26-18

*Arresting officer's signature*

SA Bryce Olesk
*Printed name and title*